AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 22 2016

JAMES W. McCORMACK, CLERK
By:_____Tommi C. H
DEP CLERK

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RONALD ANDERSON | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  4:16-cr-00030 KGB<br>USM No. 20581-076<br><br>MOLLY K. SULLIVAN<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1-6  of the term of supervision.

☐ was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of four months, to commence immediately when placement is established.  Defendant was to abide by all the rules and | |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3341

Defendant's Year of Birth:  1979

City and State of Defendant's Residence:
Little Rock, Arkansas

06/21/2016
Date of Imposition of Judgment

Kristine G. Baker
Signature of Judge

Kristine G. Baker          U.S. District Judge
Name and Title of Judge

June 22, 2016
Date

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: RONALD ANDERSON
CASE NUMBER: 4:16-cr-00030 KGB

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | regulations of that facility. | 02/18/2016 |
| 2 | Failure to work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons. | 02/29/2016 |
| 3 | Failure to seek and maintain lawful full-time employment. | 02/29/2016 |
| 4 | Failure to refrain from any unlawful use of a controlled substance.  Failure to submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests, thereafter, as directed by the probation officer. | 05/03/2016 |
| 5 | Failure to refrain from the excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance. | 05/03/2016 |
| 6 | Failure to participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for treatment of narcotic addition or drug or alcohol dependency which may include testing for the detection of substance use or abuse.  Further, failure to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer. | 05/03/2016 |

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __3__ of __5__

DEFENDANT: RONALD ANDERSON
CASE NUMBER: 4:16-cr-00030 KGB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

not applicable.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
      Sheet 3 — Supervised Release

Judgment—Page __4__ of __5__

DEFENDANT: RONALD ANDERSON
CASE NUMBER: 4:16-cr-00030 KGB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**2 years. This term of supervised release shall follow an 8 month period of location monitoring. See special conditions of supervised release.**

      The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

      If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

      The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)     the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)     the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)     the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)     the defendant shall support his or her dependents and meet other family responsibilities;

5)     the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)     the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)     the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)     the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)     the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 3C — Supervised Release

DEFENDANT:  RONALD ANDERSON
CASE NUMBER:  4:16-cr-00030 KGB

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall be monitored by the form of location monitoring for a period of 8 months with credit for the 30 days of inpatient residential treatment he has served to date, meaning he has 7 months still to serve.

The form of location monitoring shall be at the discretion of the probation office and the defendant shall abide by all technology requirements.  Further, the defendant shall pay all or part of the reasonable costs of participation in the location monitoring program as directed by the Court and the probation officer.

The form of location monitoring technology shall be utilized to monitor the defendant's movement in the community as well as other court-imposed conditions of release based on the defendant's restriction to his residence every day from 8:00 p.m. to 5:00 a.m., or as otherwise directed in advance by the supervising officer.

The defendant shall pay the total cost of the damaged/lost location monitoring equipment, if any, directly to the vendor as instructed by the United States Probation Office.

The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

All general and standard conditions previously imposed remain in full force and effect with the exception that the Court does not impose, at this time, the requirement that the defendant reside and participate in the residential re-entry center program at the City of Faith.